FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 16 2020
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 16 2020
BROOKLYN OFFICE

9/7/2020

RECEIVED
SEP 16 2020
PRO SE OFFICE

Eastern District of NY
Prose Office
225 Cadman Plz. East
Bklyn NY 11201

Clerk of the Court;

I had a stroke, It was a clouded stroke. From June 21, 2020 - July 21, 2020. I was in Ruby Hosp then tranferred to Presman Hosp and stood learning to walk, eat. They sent my mail back to whom ever. Did I have mail from you? George Viruet my codefendant sent some mail to me. I'm back, you can sent it to me. Thank you.

Sincerely
Joanna Pimentel
02261-748
Hazelton S.F.F.
PO Box 3000, KI
Bruceton Mills, WV 26525

Joanna Pimentel 02261-748
Hazelton Secured Female Facility
PO Box 3000, KI
Bruceton Mills, WV 26525

LEGAL MAIL

USMS

To Eastern District of NY
Prose Office
225 Cadman Plz, East
Bklyn NY 11201

ATTN: Clerk of the Court

PITTSBURGH PA 150
8 SEP 2020 PM 7 L